UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| VINCENT A. AMBROSETTI, INDIVIDUALLY AND AS TRUSTEE OF THE KING'S MINSTRELS CHARITABLE TRUST dba INTERNATIONAL LITURGY PUBLICATIONS, and LAMB PUBLICATIONS LLC, <br><br>        Plaintiffs, <br><br>v. <br><br>OREGON CATHOLIC PRESS, <br><br>        Defendant | Case No. 3:19-cv-686 RM-MGG |

**PARTIES' JOINT STIPULATION TO DISMISS
PLAINTIFFS' SECOND AMENDED COMPLAINT WITH PREJUDICE**

Having settled their controversy in this cause of action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure Plaintiffs Vincent A. Ambrosetti, individually and as trustee of The King's Minstrels Charitable Trust dba International Liturgy Publications, and Lamb Publications LLC and Defendant Oregon Catholic Press (each a "Party" and collectively the "Parties") hereby stipulate and agree to the dismissal of this action with prejudice, with no award of attorneys' fees, costs, or disbursements to any Party.

WHEREFORE, the Parties respectfully request that the Court order Plaintiffs' Second Amended Complaint be dismissed with prejudice, with no award of attorneys' fees, costs, or disbursements to any Party.

| | |
|---|---|
| DATED:  January 14, 2022 | LAW OFFICES OF DONALD J. SCHMID LLC<br><br>*s/ Donald J. Schmid*<br>Donald J. Schmid<br>schmid@donaldschmidlaw.com<br>Law Offices Of Donald J. Schmid LLC<br>1251 N. Eddy Street, Suite 200<br>South Bend, IN 46617<br>Telephone: (574) 993.2280<br><br>Attorney for Plaintiffs Vincent A. Ambrosetti, individually and as trustee of The King's Minstrels Charitable Trust dba International Liturgy Publications and Lamb Publications LLC |
| DATED: January 14, 2022 | STOEL RIVES LLP<br><br>*s/ Jeremy D. Sacks*<br>Jeremy D. Sacks, *pro hac vice*<br>jeremy.sacks@stoel.com<br>Randolph C. Foster, *pro hac vice*<br>randy.foster@stoel.com<br>Rachel C. Lee, *pro hac vice*<br>rachel.lee@stoel.com<br>STOEL RIVES LLP<br>760 SW Ninth Avenue, Suite 3000<br>Portland, OR  97205<br>Telephone: (503) 224.3380<br>Facsimile:  (503) 220.2480<br><br>and<br><br>Alice J. Springer<br>alice.springer@btlaw.com<br>BARNES & THORNBURG LLP<br>52700 Independence Court, Suite 150<br>Elkhart, IN 46514<br>Telephone: (574) 237-1120<br>Facsimile:  (574) 237-1125<br><br>Attorneys for Defendant Oregon Cath. Press |

Page 2  -   JOINT STIPULATION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT WITH PREJUDICE

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served through email and ECF this 14th day of January 2022, upon the following person(s):

Alice J. Springer
alice.springer@btlaw.com
Jeremy D. Sacks
jeremy.sacks@stoel.com
Randolph C. Foster
randy.foster@stoel.com
Rachel C. Lee
rachel.lee@stoel.com


s/ *Donald J. Schmid*
Donald J. Schmid