UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LAMB PUBLICATIONS LLC, et al., ) | |
| ) | |
| *Plaintiffs* ) | |
| ) | Cause No. 3:19-cv-686 RLM-MGG |
| v. ) | |
| ) | |
| OREGON CATHOLIC PRESS, ) | |
| ) | |
| *Defendant* ) | |

## ORDER

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' joint stipulation of dismissal [Doc. No. 64], this case is DISMISSED with prejudice. The Clerk is directed to enter judgment accordingly. The court VACATES the final pretrial conference set for December 20, 2022, and the 21-day jury trial set to begin on January 17, 2023.

SO ORDERED.

ENTERED: January 25, 2022

/s/ Robert L. Miller, Jr.
Judge, United States District Court